## Murgitroyde's Estate

Before Van Dusen, P. J., and Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

156

158

160

*J. B. Colahan*, for exceptant.

*R. M. Remick*, of *Saul, Ewing, Remick & Saul*, contra.

VAN DUSEN, P. J., April 1, 1938.—The exceptions are dismissed for the reasons given by the auditing judge in his well-considered adjudication, and the adjudication is confirmed absolutely.